# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ANTONIO ROTONDI <br><br> *Plaintiff(s)* <br> v. <br> POLICE OFFICER ROBERT ONEIL, JOHN DOE (OFFICER ONEIL'S PARTNER) AND THE CITY OF NEW YORK <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* POLICE OFFICER ROBERT ONEIL AND JOHN DOE (PARTNER OF OFFICER ONEIL), 107 PRECINCT, 7101 PARSONS BLVD., FLUSHING NY 11365
CITY OF NEW YORK, 100 CHURCH STREET, NY NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tamara Harris
The Law Office of Tamara M. Harris
111 Broadway, Suite 706
New York New York 10006
212-334-1050

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*